UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUN JUNG, | CASE NO. 3:23-cv-05103-JHC |
| Plaintiff, | ORDER |
| v. | |
| COWLITZ COUNTY, ET AL., | |
| Defendants. | |

Plaintiff filed this action on February, 7, 2023 (Dkt. # 1), and paid the filing fee on February 15, 2023 (Dkt. #).

On May 25, 2023, the Court issued an Order to Show Cause as to why the action should not be dismissed without prejudice for failure to serve Defendants in accordance with Federal Rule of Civil Procedure 4. Dkt. # 5. The Court ordered a response within ten days. *Id.* As of June 20, 2023, Plaintiff has not submitted a response. *See generally* Dkt.

Accordingly, the Court hereby DISMISSES this action WITHOUT PREJUDICE.

Dated this 20th day of June, 2023.

ORDER - 1

1
2
3   John H. Chun
    United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER - 2